# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **CARLOS DUCHI LUNDO,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | No.  3:25-CV-00594-LS |
| | § | |
| **KRISTI NOEM, SECRETARY, U.S.** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY, and MARY DE ANDA** | § | |
| **YBARRA, FIELD OFFICE** | § | |
| **DIRECTOR, EL PASO FIELD** | § | |
| **OFFICE, IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT,** | § | |
| | § | |
| *Respondents*. | § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 20, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**